EDWIN D. BELKNAP and Others, Suing on Behalf of Themselves and All Other Stockholders Similarly Situated, Appellants, v. SCRIPT STENCIL PAPER COM-PANY, Defendant. RAPID ADDRESSING MACHINE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order, upon

payment to the respondent of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.